# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1237**
**CA 15-00556**
PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, VALENTINO, AND DEJOSEPH, JJ.

---

HARRY P. DAUBNEY AND DIANA M. DAUBNEY,
PLAINTIFFS-RESPONDENTS,

                              V                                    ORDER

DANIEL J. BENNETT AND MARIE E. BENNETT,
DEFENDANTS-APPELLANTS.

---

BRANDT, ROBERSON & BRANDT, P.C., LOCKPORT (ROBERT S. ROBERSON OF
COUNSEL), FOR DEFENDANTS-APPELLANTS.

FREID & KLAWON, WILLIAMSVILLE (WAYNE I. FREID OF COUNSEL), FOR
PLAINTIFFS-RESPONDENTS.

-------------------------------------------------------------------------------------

     Appeal from an order of the Supreme Court, Niagara County (Mark
A. Montour, J.), entered July 8, 2014.  The order denied the motion of
defendants for summary judgment.

     It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  December 23, 2015                    Frances E. Cafarell
                                               Clerk of the Court